IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03212-WYD-MEH

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 107.2.187.221,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on February 19, 2015 (ECF No. 12), it is

ORDERED that Defendant John Doe and this action are **DISMISSED WITH PREJUDICE**.

Dated:  February 20, 2015

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge